UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                    :      CASE NO 06-11341
                                                 CHAPTER 13
JOYCE A. CHATTAMS
                                          :      JUDGE J. VINCENT AUG
        DEBTOR
                                          :      NOTICE OF TRANSMITTAL OF
                                                 UNCLAIMED FUNDS

        Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the
Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

        The Trustee has made numerous attempts to contact the creditor.  Certification of Final Payment
has been filed in this case.  These Funds are now unclaimed.

| Check No. | Amount |
|-----------|--------|
| 916940    | $11.70 |

Creditor(s)
Charming Shoppes - Fashion Bug
c/o First Express
P.O. Box 856021
Louisville, KY 40285

                                          Respectfully submitted,

                                   /s/    Margaret A. Burks, Esq.
                                          Margaret A. Burks, Esq.
                                          Chapter 13 Trustee
                                          Attorney No. OH 0030377

                                          Francis J. DiCesare, Esq.
                                          Staff Attorney
                                          Attorney No. OH 0038798

                                          Karolina F. Perr, Esq.
                                          Staff Attorney
                                          Attorney No. OH 0066193

                                          600 Vine Street, Suite 2200
                                          Cincinnati, OH 45202
                                          (513) 621-4488
                                          (513) 621 2643 (Facsimile)
                                          mburks@cinn13.org - Correspondence only
                                          fdicesare@cinn13.org
                                          kperr@cinn13.org

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, June 16, 2010.

/s/    Margaret A. Burks, Esq.
Margaret A. Burks, Esq.


Charming Shoppes - Fashion Bug
c/o First Express
P.O. Box 856021
Louisville, KY 40285

Debtor(s) Counsel
JOHN W. ROSE, ESQ.
711 PROVIDENT BANK BLDG
632 VINE STREET
CINCINNATI, OH  45202


Debtor(s)
JOYCE A. CHATTAMS
1831 JOHN GRAY ROAD
CINCINNATI, OH  45240

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)


Charming Shoppes - Fashion Bug
P.O. Box 659728
San Antonio, TX  78265-9720