UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-11341 |
| | | CHAPTER 13 |
| JOYCE A. CHATTAMS | | |
| | : | JUDGE J. VINCENT AUG |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916941 | $5.00 |

Creditor(s)
Mercy Hospital
c/o Recovery Solutions Corp.
6625 Dixie Highway
Suite W
Fairfield, Ohio 45014

                              Respectfully submitted,

                           /s/    Margaret A. Burks, Esq.
                                  Margaret A. Burks, Esq.
                                  Chapter 13 Trustee
                                  Attorney No. OH 0030377

                                  Francis J. DiCesare, Esq.
                                  Staff Attorney
                                  Attorney No. OH 0038798

                                  Karolina F. Perr, Esq.
                                  Staff Attorney
                                  Attorney No. OH 0066193

                                  600 Vine Street, Suite 2200
                                  Cincinnati, OH 45202
                                  (513) 621-4488
                                  (513) 621 2643 (Facsimile)
                                  mburks@cinn13.org - Correspondence only
                                  fdicesare@cinn13.org
                                  kperr@cinn13.org

CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, June 16, 2010.

                 /s/  Margaret A. Burks, Esq.
                    Margaret A. Burks, Esq.

Mercy Hospital
c/o Recovery Solutions Corp.
6625 Dixie Highway
Suite W
Fairfield, Ohio 45014

Debtor(s) Counsel
JOHN W. ROSE, ESQ.
711 PROVIDENT BANK BLDG
632 VINE STREET
CINCINNATI, OH  45202

Debtor(s)
JOYCE A. CHATTAMS
1831 JOHN GRAY ROAD
CINCINNATI, OH  45240

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)